**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01921-REB-MEH

TANYA BABBS,

    Plaintiff,

v.

FIVE STAR QUALITY CARE-COLORADO, LLC, d/b/a La Villa Grande Care Center,

    Defendant.

### ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Stipulation of Dismissal With Prejudice** [#22][1] filed January 4, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulation of Dismissal With Prejudice** [#22] filed January 4, 2012, is **APPROVED**;

    2. That the Trial Preparation Conference set for June 29, 2012, is **VACATED**;

    3. That the jury trial set to commence on July 16, 2012, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 4, 2012, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.