**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-01921-REB-MEH

TANYA BABBS,

    Plaintiff,

v.

FIVE STAR QUALITY CARE-COLORADO, LLC, d/b/a La Villa Grande Care Center,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation of Dismissal With Prejudice** [#22][1] filed January 4, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal With Prejudice** [#22] filed January 4, 2012, is **APPROVED**;

2. That the Trial Preparation Conference set for June 29, 2012, is **VACATED**;

3. That the jury trial set to commence on July 16, 2012, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 4, 2012, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.